JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, ET AL., | CV 21-08301-RSWL-KESx |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| v. | |
| STREAMLINE INTEGRATION, | |
| Defendant. | |

**WHEREAS**, on December 19, 2022, this Court **GRANTED** Plaintiffs' Motion for Summary Judgment [20] against Defendant Streamline Integration,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that, in accordance with this Court's previous Order:

Judgment is entered in favor of Plaintiffs and against Defendant as to Plaintiffs' claims for relief under ERISA and to compel Defendant to submit to an audit.

    As no defendants or claims remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: December 19, 2022       /S/ RONALD S.W. LEW
                                     **HONORABLE RONALD S.W. LEW**
                                     Senior U.S. District Judge