'O'

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST ET AL., Plaintiff, v. STREAMLINE INTEGRATION, Defendant. | CV 21-08301-RSWL-KESx **ORDER re: MOTION FOR ATTORNEYS' FEES** [26] |
|---|---|

In accordance with the Court's Order Granting Summary Judgment, Plaintiffs filed a Motion for Attorneys' Fees. In the prior Order, the Court found that Plaintiffs were entitled to Attorneys' Fees. See Dkt. No. 24 at 12. The Motion is unopposed. The Court **GRANTS** Plaintiffs' Motion.

"The most useful starting point for determining the amount of a reasonable fee is the number of hours

1

1 | reasonably expended on the litigation multiplied by a
2 | reasonable hourly rate," which is known as the lodestar
3 | calculation. Hensley v. Eckerhart, 461 U.S. 424, 433
4 | (1983). A district court may consider any of the
5 | following twelve factors in adjusting an award: (1) the
6 | time and labor required; (2) the novelty and difficulty
7 | of the questions involved; (3) the skill requisite to
8 | perform the legal service properly; (4) the preclusion
9 | of other employment by the attorney due to acceptance of
10 | the case; (5) the customary fee; (6) whether the fee is
11 | fixed or contingent; (7) time limitations imposed by the
12 | client or the circumstances; (8) the amount involved and
13 | the results obtained; (9) the experience, reputation,
14 | and ability of the attorneys; (10) the 'undesirability'
15 | of the case; (11) the nature and length of the
16 | professional relationship with the client; and
17 | (12) awards in similar cases. Kerr v. Screen Extras
18 | Guild, Inc., 526 F.2d 67, 70 (9th Cir. 1975). Here,
19 | none of these factors necessitate an adjustment of the
20 | lodestar calculation.
21 |  Plaintiffs request an award of $43,761.13 in
22 | attorneys' fees, which is the total number of hours
23 | worked by attorneys on the matter multiplied by the
24 | billing rates for each respective attorney. Pls.' Mem.
25 | of P. & A. in Supp. of Mot. for Atty's Fees, ECF No. 26-
26 | 1.
27 |  The Court finds that the billing rates, which range
28 | from $290 to $240 per hour, are reasonable. Id.

at 4:16; see Trustees of the S. California IBEW-NECA Pension Plan v. Pro Tech Eng'g Corp., No. SACV150637DOCEX, 2016 WL 3453014, at *5-6 (C.D. Cal. June 20, 2016) (finding hourly rates ranging from $240 to $270 per hour reasonable); Welch v. Metro. Life Ins. Co., 480 F.3d 942, 947 (9th Cir. 2007) (finding typical market rate for experienced ERISA attorney ranged from $375 to $400 per hour).

Plaintiffs request compensation for 140.1 hours of work by the attorneys that worked on this case. Upon review of the attorneys' time entries, the Court finds the hours worked were not excessive nor unrelated to the resolution of the instant Action. Accordingly, the Court awards $43,761.13 in attorneys' fees.

**IT IS SO ORDERED.**

DATED: May 12, 2021            _____/S/ RONALD S.W. LEW_____
                               **HONORABLE RONALD S.W. LEW**
                               Senior U.S. District Judge